UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 05-49526-399 |
| ) | |
| RAY KINNON HARRIS ) | |
| ) | CHAPTER 13 |
| VANESSA HARRIS ) | |
| ) | |
| DEBTOR(S) ) | |

LIST OF UNCLAIMED FUNDS AND ENTITIES
WHICH ARE ENTITLED TO PAYMENT

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

HOME DEPOT
PO BOX 9100                              $          50.75

DES MOINES IA
403483            50368-9100

                               /s/ John V. LaBarge, Jr.
                               ----------------------------------
DATE: July 30, 2010            JOHN V. LABARGE, JR.,
                               CHAPTER 13 TRUSTEE
                               P.O. Box 430908
                               St. Louis, MO 63143
BG -091                        (314) 781-8100   trust33@ch13stl.com